UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| MICHAEL HAMILTON | CIVIL ACTION NO. 05-1307 |
|---|---|
| -vs- | JUDGE LITTLE |
| WINN CORRECTIONAL CENTER, et al. | |

## JUDGMENT

Before the court is a report and recommendation of the magistrate suggesting that the civil rights action filed by pro se plaintiff Michael Hamilton ("Hamilton") under 42 U.S.C. § 1983 be dismissed with prejudice. Hamilton has not filed a timely objection to the magistrate's report.[1] After review, this court adopts the reasoning and conclusions of the magistrate.

Accordingly, Hamilton's complaint is DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

13 December 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] If there are no specific objections to the magistrate's report and recommendation, the district court is to review it for findings and conclusions that are either clearly erroneous or contrary to law. See United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989); 28 U.S.C. § 636(b)(1) (2005); LR 74.1W(B) (2005).